FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 08, 2016

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LEQAA KHALIL ABDUL RAHMAN,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>JEH JOHNSON, U.S. SECRETARY OF DEPARTMENT OF HOMELAND SECURITY, KEITH BROWN, DIRECTOR YAKIMA DISTRICT OFFICE, CITIZENSHIP & IMMIGRATION SERVICES, DEPARTMENT OF HOMELAND SECURITY and UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES ,<br><br>　　　　　　Respondents. | No.   16-CV-5127-SMJ<br><br>**ORDER DISMISSING CASE** |

　　On November 4, 2016, the petitioner filed a Notice of/Motion for Voluntary Dismissal, ECF No. 6. Consistent with the Petitioner's filing, and given that Respondents are not opposed to this motion, **IT IS HEREBY ORDERED:**

　　**1.**　　Petitioner's Notice of/Motion for Voluntary Dismissal, **ECF No. 6**, is **GRANTED.**

ORDER **-** 1

**2.** All claims are **DISMISSED WITHOUT PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

**3.** All pending motions are **DENIED AS MOOT.**

**4.** All hearings and other deadlines are **STRICKEN.**

**5.** The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 8th day of November 2016.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER **-** 2